IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JUN 1 6 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **I N F O R M A T I O N** |
| Plaintiff, | ) |
| v. | ) CASE NO. 5:25CR00298 |
| ERIC ASANTE WIREDU, | ) Title 18, United States Code, Section 201(b)(1) |
| Defendant. | ) |

JUDGE ADAMS

MAG JUDGE KNAPP

COUNT 1
(Bribery, 18 U.S.C. § 201(b)(1))

The Acting United States Attorney charges:

From in or around June 2022 to in or around March 2023, in the Northern District of Ohio and elsewhere, Defendant, ERIC ASANTE WIREDU, directly and indirectly did corruptly give, offer, and promise a thing of value to a public official, with intent to influence an official act, that is WIREDU did agree to give, offer, and promise cash payments to J.R. on behalf of a company and himself, in return for influencing the performance of official acts while J.R. was employed at the United States Postal Service.

In violation of Title 18, United States Code, Section 201(b)(1).

CAROL M. SKUTNIK
Acting United States Attorney

By: _____
DAVID M. TOEPFER, CHIEF
Akron/Youngstown Branch