IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:25CR298 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC WIREDU, | ) | MOTION TO TRANSFER RELATED |
| | ) | CASE TO THE DOCKET OF JUDGE |
| Defendant. | ) | J. PHILIP CALABRESE |
| | ) | |

Now comes the United States of America, by and through its counsel, Carol M. Skutnik, Acting United States Attorney, and Yasmine Makridis, Assistant United States Attorney, and moves this Court for an order, pursuant to Local Rule 57.9(b)(3), reassigning this case to the docket of Judge J. Philip Calabrese.  This motion is made as Case Number 5:25CR267, *United States v. Zoma M. Shaikh,* is currently pending and is assigned to Judge J. Philip Calabrese.  This matter charges crimes that are part of the same fact situation and allegations involved in Case Number 5:25CR267.  To allow for the expeditious administration of these cases, the government respectfully requests that the Court immediately enter an order transferring this matter to the docket of Judge J. Philip Calabrese.

WHEREFORE, the United States respectfully requests that this Court order the instant case transferred to the docket of Judge J. Philp Calabrese.

Respectfully submitted,

CAROL M. SKUTNIK
Acting United States Attorney

By:  /s/ Yasmine Makridis
Yasmine Makridis (OH: 0090632)
Assistant United States Attorney
100 E. Federal Street, City Centre One;
Suite 325
Youngstown, OH 44503
(330) 740-6992/ Fax (330) 746-0239
Yasmine.Makridis@usdoj.gov